IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RAJ PATEL,<br><br>            Plaintiff,<br><br>vs.<br><br>THE UNITED STATES, and THE PRESIDENT OF THE UNITED STATES,<br><br>            Defendants. | CV 24-47-BLG-SPW-TJC<br><br>**ORDER** |

      On April 22, 2024, Plaintiff filed a pro se complaint and a motion to proceed in forma pauperis. (Docs. 1, 2.) On April 27, 2024, Plaintiff filed a "Motion To Withdraw Complaint." (Doc. 4.) The text of Plaintiff's motion, however, states that he "moves to withdraw *the motion to withdraw complaint*." (*Id.* (emphasis added).)

      Plaintiff had not previously filed a motion to withdraw his complaint; thus, the Court interprets Plaintiff's Motion To Withdraw Complaint (Doc. 4) as just that—a motion to withdraw his pro se complaint.

/ / /

/ / /

/ / /

1

Accordingly, if the Court has interpreted Plaintiff's motion in a manner inconsistent with his intention, IT IS ORDERED that Plaintiff shall appear in writing by **May 31, 2024,** and explain the intent of his motion. If Plaintiff fails to appear, the Court will interpret his motion as a motion to withdraw the complaint.

DATED this 10th day of May, 2024.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge